# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR RELEASE** |
| | ) | **FOR TRANSPORT** |
| vs. | ) | |
| | ) | |
| Preston Lee Cavanaugh, | ) | |
| | ) | Case No. 4:14-cr-051 |
| Defendant. | ) | |

On December 2, 2014, the court issued an order granting defendant Preston Lee Cavanaugh's motion for release from custody. The order directed the United States Marshal to transport defendant to the Bismarck Transition Center ("BTC") in Bismarck, North Dakota on the next scheduled transport on which space was available. The court has subsequently been advised that BTC will not have space available after December 12, 2014, and that no Marshal's transport is scheduled until after that date. The court has further been advised that defendant has been able to arrange for a third party to provide transportation and that neither the government nor the Pretrial Services Officer objects to defendant's proposed transportation arrangements.

Accordingly, it is **ORDERED** that defendant be released to Kenzie Youngbird for transport directly to BTC. Defendant shall arrive at BTC within four hours of his release and shall not travel to the Fort Berthold Reservation en route. Further, defendant shall comply with the conditions imposed in the Order Setting Conditions of Release (Docket No. 69) both during transport and upon arrival at BTC.

Dated this 10th day of December, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court