# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR RELEASE** |
| | ) | **FOR TRANSPORT** |
| vs. | ) | |
| | ) | |
| Preston Lee Cavanaugh, | ) | |
| | ) | Case No. 4:14-cr-051 |
| Defendant. | ) | |

On December 2, 2014, the court issued an order granting defendant Preston Lee Cavanaugh's motion for release from custody. The order directed the United States Marshal to transport defendant to the Bismarck Transition Center ("BTC") in Bismarck, North Dakota on the next scheduled transport on which space was available. The court was subsequently advised that no Marshal's transport was scheduled during the time which BTC would have space available. On December 10, 2014, the court issued an order for defendant to be released to a third party for transport to BTC.

On December 11, 2014, the court was advised that defendant had not been released because he was the subject of an active Burleigh County warrant and a detainer had been filed. The court was further advised that Burleigh County intended to execute its warrant. Later that day, the court was advised that defendant was eligible for release because he had posted bond on the state matter. However, the court was also advised that BTC was no longer holding a space for defendant.

The Pretrial Services Office was able to secure a space for defendant at Centre, Inc. ("Centre") in Mandan, North Dakota that will be available on December 12, 2014.

1

It is **ORDERED** that defendant be released to Kenzie Youngbird no earlier than December 12, 2014 at 12:00 PM for transport directly to Centre, 100 6th Avenue SE, Mandan, North Dakota. Defendant shall arrive at Centre within four hours of his release and shall not travel to the Fort Berthold Reservation en route. Further, defendant shall comply with the conditions imposed in the Order Setting Conditions of Release (Docket No. 69) both during transport and upon arrival at Centre.

Dated this 11th day of December, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court